# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| CYNTHIA ENGLE, | | : | |
| | Plaintiff, | : | CIVIL ACTION |
| | | : | |
| v. | | : | NO. 20-0323 |
| | | : | |
| ANDREW M. SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,[1] | | : : : | |
| | Defendant. | : | |

## ORDER

**AND NOW**, this 31st day of March, 2021, it appearing by separate Order of the undersigned that this case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Memorandum Opinion filed on this date,

**IT IS ORDERED** that **JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for the purposes of this remand only.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this matter.

BY THE COURT:

  /s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge

---

[1] Andrew M. Saul became the Commissioner of Social Security in June 2019. Pursuant to Fed. R. Civ. P. 25(d), he is automatically substituted as a party in place of Nancy A. Berryhill, who was Acting Commissioner from January 23, 2017 through June of 2019.